

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

January 26, 2022

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Tavarez-Vargas v. NutriGold Inc.*; Case No. 1:21-cv-09964

Dear Judge Schofield:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for February 2, 2022, at 4:10 p.m. The parties request this adjournment since Defendant's answer was due January 4, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *NutriGold Inc.* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

---

Application **GRANTED**. The initial conference scheduled for February 2, 2022 is **ADJOURNED** to **March 2, 2022, at 4:10 p.m.** By **February 23, 2022**, the parties shall file a joint letter and proposed case management plan (*see* Dkt. No. 5), or Plaintiff shall file any motion for default judgment pursuant to Attachment A of the Court's Individual Rules. Plaintiff shall serve a copy of this Order on Defendant and shall file proof of service by **January 31, 2022**. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 6.

Dated: January 27, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE