UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CARMEN TAVAREZ-VARGAS,                                       :
                                     Plaintiff,              :      21 Civ. 9964 (LGS)
                                                             :
                 -against-                                   :      ORDER
                                                             :
NUTRIGOLD, INC.,                                             :
                                     Defendant.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for March 2, 2022, at 4:10 p.m. (Dkt. No. 8.)

WHEREAS, the Order dated January 27, 2022, requires that, by February 23, 2022, either (1) the parties file a proposed case management plan and joint letter, or (2) Plaintiff file any motion for default judgment pursuant to Attachment A of the Court's Individual Rules. (Dkt. No. 8.)

WHEREAS, as of February 24, 2022, Defendant has not appeared, the parties have not filed a proposed case management plan and joint letter, and Plaintiff has not filed a motion for default judgment. It is hereby

**ORDERED** that, by **February 28, 2022, at noon**, either the parties shall file a joint letter and proposed case management plan or Plaintiff shall file any motion for default judgment pursuant to Attachment A of the Court's Individual Rules.

Dated: February 24, 2022
       New York, New York

                                                     _____
                                                     **LORNA G. SCHOFIELD**
                                                     **UNITED STATES DISTRICT JUDGE**